```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiffs,          )
                               )        4:06CR3102
     v.                        )
                               )
LATHON C. WIDER SR.,           )
                               )            ORDER
          Defendant.           )
                               )
```

IT IS ORDERED:

The motion of Michael J. Poepsel to withdraw as counsel for defendant, filing 35, is granted.

DATED this 6th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge