IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
                Plaintiffs,    )
                               )            4:06CR3102
          v.                   )
                               )
LATHON C. WIDER SR.,           )
                               )              ORDER
                Defendants.    )
                               )
_____

        IT IS ORDERED:

        1.  Defendant's motion to modify conditions of release,
filing 39, is granted as requested in the motion under the same
terms as conditions as previously set.

        2.  The clerk is directed to remove defendant's motion,
filing 39, from the public docket sheet and file it as a sealed
pleading pursuant to the E-Government Act.

        DATED this 6th day of October, 2006.

                         BY THE COURT:

                         s/ David L. Piester
                         David L. Piester
                         United States Magistrate Judge