```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )    4:06CR3102 |
| v. | ) |
| | ) |
| ANDRANETTE FOSTER and | ) |
| LATHON C. WIDER, JR., | )    ORDER |
| | ) |
| Defendant. | |

IT IS ORDERED:

1. A joint evidentiary hearing on defendant Wider's motion to suppress evidence, filing 38, and defendant Foster's motion to suppress evidence, filing 43, will be held before the undersigned on December 5, 2006 beginning at 1:00 p.m. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The court has set aside three hours for this hearing.

2. Defendants, their counsel, and counsel for the government shall be present at this hearing.

3. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

4. Defendant Wider's motion for continuance of trial, filing 40, is granted and the trial of this case **as to both defendants** is continued until further order of the court following resolution of outstanding motions.

Dated October 12, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge