IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )          4:06CR3102-2
                               )
           Plaintiff,          )
                               )
     vs.                       )
                               )          **ORDER**
LATHON WIDER,                  )
                               )
           Defendant.          )


IT IS ORDERED that the motion to release appearance bond (filing 149) is granted to the extent that the Clerk of Court is directed to refund the bond proceeds to the person who posted it as shown by the Clerk's office records.


March 14, 2008.                BY THE COURT:


                               s/ *Richard G. Kopf*
                               United States District Judge